EX PARTE
Filiberto Sierra III
2-26-80 - TDC# 1924410

NO. 04-14-00279-CR

NO. 2011-CR-8109

PD-0811-15

IN THE COURT OF
CRIMINAL APPEAL AT
AUSTION TEXAS

Motion For Extension For Time To File
Petition For Discretionary Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

## I

To The Honorable Judge of Said Court:

Come Now Filiberto Sierra III, Defendant In The Above
entitled and numbered cause, move this court to grant
an extension of time to file a petiton for Discretionary
Review

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

## II

THe Defendant case NO. 2011-CR-8109 was appesled from
the 175th District Court of Bexar County, The Fourth Court
of Appeals Affirmed the case on June 17, 2015. A deadline
was set for July 17, 2015 to file for a Discretionary Review.

## III

Defendant Request an Extension of 90 days in order to
obtain Court Records and Trial Transcript to Familarize
self with the laws pretaining to my preparation for my
petition for Discretionary Review

## PRAY FOR RELIEF

Wherefore, premises considered, Appellant prays that this court grant appellant motion to extension for Discretionary Review for more time and also prays for all other relief to which he may be entitled at law or equity.

Respectfully Submitted
Filiberto Sierra II #1924410
Cotulla Transfer Facility
610 FM 624
Cotulla, Tx 78014